**John A. PAVLOVSCAK, Appellant**

v.

**John L. LEWIS, Henry G. Schmidt and Josephine Roche, as Trustees of the United Mine Workers of America Welfare and Retirement Fund.**

**No. 13604.**

United States Court of Appeals
Third Circuit.

Argued Oct. 17, 1961.

Decided Oct. 25, 1961.

Jerome M. Libenson, Pittsburgh, Pa., for appellant.

Charles L. Widman, Washington, D. C. (Val J. Mitch, Harold H. Bacon, Washington, D. C., Alexander Unkovic, Edward P. Good, Kountz, Fry & Meyer, Pittsburgh, Pa., on the brief), for appellees.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The order of the District Court, 190 F.Supp. 205, directing entry of judgment in favor of defendants and its further Order denying the plaintiff's motion for a new trial will be affirmed.

**Anne E. NYGREN and James B. Nygren, Appellants**

v.

**Virginia Johnson BRIGGS, Geza deVegh and Old Mill Association At Tinton Falls, New Jersey, Inc.**

**No. 13608.**

United States Court of Appeals
Third Circuit.

Argued Oct. 19, 1961.

Decided Oct. 26, 1961.

Arthur J. Callaghan, Newark, N. J. (Brause, Callaghan & Coyle, Newark, N. J., on the brief), for appellants.

Joseph A. Clarken, Jr., Newark, N. J. (Mead, Gleeson, Hansen & Pantages, Newark, N. J., Robert L. Clifford, Newark, N. J., on the brief), for appellees.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The order of the District Court will be affirmed.